COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-253-
CV

IN RE DIAL TONE INTERNATIONAL         RELATORS

COMMUNICATIONS, INC. AND DIAL

TONE SYSTEMS, L.L.C. 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relators' petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B
:  WALKER, HOLMAN, and MCCOY, JJ.

DELIVERED:  August 20, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.